**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6432**

———————

RICHARD MORRIS,

                              Petitioner - Appellant,

        versus

PATRICIA STANSBERY,

                              Respondent - Appellee,

        and

UNITED STATES OF AMERICA; UNITED STATES PAROLE
COMMISSION,

                              Respondents.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-147-5-BO)

———————

Submitted:  August 17, 2005          Decided:  August 26, 2005

———————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Morris, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Morris, a federal parolee, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Morris v. Stansbery, No. CA-04-147-5-BO (E.D.N.C. Feb. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED